IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA BRILEY, | ) | Case No. 8:09CV394 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| WESTMONT DEVELOPMENT, INC., | ) | |
| d/b/a WESTMONT HOSPITALITY | ) | |
| GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation given to the magistrate judge on August 1, 2011, by Christine Lustgarten, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **September 1, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set before the undersigned for August 22, 2011, is cancelled upon the representation that this case is settled.

Dated this August 4, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge